UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville Tennessee


FILED
DEC 10 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Michael R. Hartless )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )

3:20 mc80
Varlan / Guyton

v. Facility )
Knox Co Jail/47A Detention, )
R.D.W. Detention Facility )
Tenn. Dept. of Corrections )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: KCJ (Knoxville County Jail Detention Facility) 400 Main St. Knoxville, TN 37902

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? I spoke to Co/Jason & Cpl Merritt on 2nd shift here at KCJ. They Both told me to file a grievance

2. What was the result? I filed the grievance on 10-15-2020 and the grievance Board has not responded to my grievance

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Michael Ray Hartless

Present address: 5001 Maloneyville Rd.

Permanent home address: 2637 Western Ave, Knoxville, Tenn. 37921

Address of nearest relative: Mrs. Virl Hartless 1806 Young Ave. Knoxville TN. 37920

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Knox Co Jail 400 Main St Knoxville, Tenn. 37902

Official position: _____

Place of employment: _____

C. Additional defendants: Robert D. Wilson Detention Facility Knoxville, Tenn. 37918

State of Tennessee Deptment of Corrections
4th Floor Rachel Jackson Bldg.
320 Sixth Ave. North
Nashville, Tenn. 37243-0465

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I am a TNDOC Inmate housed at KCJ(Knox Co. Jail) serving a 3 yr. sentence. Knox Co. Jail and The R.D.W.D.F. does

3

not acknoledge giving TDOC inmates sentenced to 5 yrs and under the same amount of good days as any other TDOC Housing facility such as Blount Co. Jail in Blount Co. Tennessee. Blount Co. Jail system gives their TDOC inmates sentenced to 5 yrs and under 16 days per month with out any programs or a Job.

Knox. Co. sheriff's Dept.'s sentencing does not allow any one to get 16 plus good days a month. and also Knox Co. sheriff's dept. housing TDOC inmates does not offer any type of Programs nor Jobs. to max. inmates.

IN prison I would have the opertunity to recieve programs or a Job. of different catagories. and 16 to 21 good days per month.

Knox Co. Sheriff's Dept. auto matically max a person out due to the charges they are charged with.

IN prison the TDOC. goes by a point system.

The guide lines for a Jail system and The prison system are completely different.

If Knox Co. Detention facility want to house TDOC inmates They should run the Jail and The Detention Facility as TDOC Runs their Prisons And as other County Jails

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

_____

_____

_____

_____

_____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____3rd._____ day of __December__, 20_20_.

_____Michael R. Hartless_____
Signature of plaintiff(s)

5

V. Relief

United States District Court
Eastern District of Tennessee
At Knoxville, Tennessee

I want all TDOC inmates as myself housed here at KCJ and R.D.W. Dent. facility doing their Tenn. Dept. of correction sentences of 5 years and under. I would like for All TDOC inmates treated equally as other TDOC Housing Facility (County Jails) give their TDOC housed inmates 16 to 21 days per month in Blount co. Tenn.)

Blount Co Jail, is a TDOC Housing Facility housing TDOC Inmates for sentences of 5 yrs. and below. The TDOC inmates recieve 16 days a month without any kind of programs or Jobs.

signed this 3rd day of December, 2020.

Michael R. Hartless
Signature of plaintiff(s)

Michael R. Hartless #133738
5001 Maloneyville Rd.
Knoxville, Tenn. 37918



KNOXVILLE TN 377
9 DEC 2020 PM 3 L

RECEIVED
DEC 10 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

INSPECTED

Federal Courts of America
800 Market Street
Knoxville, Tenn. 37902

Legal Mail

Sender is an inmate of Correctional Facility

37902-232799